UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-11828 TJH (PVC)                                    Date:  June 17, 2022

Title         Don Martin v. City of Los Angeles, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE (Dkt. No. 8)**

On September 30, 2020, Plaintiff Don Martin filed a *pro se* civil rights complaint in the Central District of California pursuant to 42 U.S.C. § 1983. (Dkt. No. 1).

On February 18, 2022, the Court issued an Order Dismissing Complaint with Leave to Amend due to various pleading defects. ("ODLA," Dkt. No. 8). Pursuant to the ODLA, Plaintiff's First Amended Complaint, if any, was due by March 21, 2022. (*Id.* at 13). On March 21, 2022, Plaintiff was granted an extension to file a First Amended Complaint, with a new deadline of April 20, 2022. (Dkt. No. 10). On April 10, 2022, the Court granted a second extension that continued the deadline for filing an amended complaint by an additional thirty days, to May 10, 2022. (Dkt. No. 12).

Plaintiff was required to file either an amended complaint or a notice of intention to stand on defective complaint by May 10, 2022, if he still wished to pursue this action. (*See id.* at 2). In dismissing the original Complaint, the Court expressly warned Plaintiff that the failure to file either an amended complaint or a notice of intention to stand on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-11828 TJH (PVC)                                           Date:  June 17, 2022

Title         Don Martin v. City of Los Angeles, et al.

defective complaint by the Court's deadline would result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b). (ODLA at 16). The deadline set in the second extension order has expired, and Plaintiff has failed to file either document; nor has he requested an additional extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing either: (1) a First Amended Complaint, curing the deficiencies of the initial Complaint; (2) a Notice of Intention to Stand on Defective Complaint; **or** (3) a declaration under penalty of perjury stating why he is unable to do so.

If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). **A Notice of Dismissal form is attached for Plaintiff's convenience.** Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rules of Civil Procedure 41(b).

The Clerk of the court is directed to serve a copy of this Order upon Plaintiff at his address of record.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |