UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. CV 20-11828 TJH (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

Pursuant to 28 U.S.C. § 1915(e)(2), where a plaintiff in a civil action is proceeding *in forma pauperis*, Congress requires district courts to dismiss any claims that fail to state a claim upon which relief can be granted. Consistent with this authority, and in the absence of any objections from Plaintiff, IT IS ORDERED that the First Amended Complaint is DISMISSED IN PART. This matter may proceed on the following claims only:

| | | |
|---|---|---|
| Claim II: | Fourteenth Amendment due process claim against the City; |
| Claim IV | Fourth Amendment unlawful search and seizure claim against the City and Officer Shahinian; |
| Claim V: | ADA claim against the City; and |
| Claim VIII: | Cal. Civ. Code § 2080 claim against the City. |

All other state and federal claims, and all other Defendants, with the exceptions of the City of Los Angeles and Officer Shahinian, are DISMISSED without prejudice, but without leave to amend. The prayer for declaratory relief is STRICKEN. The Magistrate Judge shall direct the U.S. Marshals Service to serve the First Amended Complaint, as modified by this Order, on the surviving Defendants in a separate Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff at his current address of record.

IT IS SO ORDERED.

DATED: FEBRUARY 3, 2023

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE