UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-11828 TJH (PVC)                                                        Date:  November 6, 2023

Title   Don Martin v. City of Los Angeles, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**   [IN CHAMBERS]  ORDER:  (1) REQUIRING PLAINTIFF TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROVIDE A CURRENT ADDRESS; AND (2) *SUA SPONTE* CONTINUING DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT TO <u>JANUARY 29, 2024</u>

On October 23, 2023, the Court issued an Order Denying Plaintiff's Application for Relief from the Court's Ordered Discovery Cut-Off Date.  ("Order," Dkt. No. 46). The Order was sent to Plaintiff via U.S. Mail at his current address of record:

> Don Martin
> 13604 Sherman Way, Unit 614
> Van Nuys, CA 91405.

However, on November 2, 2023, the copy of the Order mailed to Plaintiff was returned to the Court as undeliverable with the stamp:  "Return to Sender.  Insufficient Address. Unable to Forward." (Dkt. No. 47).  It therefore appears that Plaintiff's address of record -- the only address in the Court's records where Plaintiff may be reached -- may no longer be current.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-11828 TJH (PVC)                                   Date:  November 6, 2023

Title       Don Martin v. City of Los Angeles, et al.

     Plaintiff is advised that pursuant to the Central District's Local Rule 41-6, he has an obligation to keep the Court informed of his current address of record or the Court may dismiss this action:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

C.D. Cal. L.R. 41-6.

**ORDER TO SHOW CAUSE**

     Fourteen days have passed since the Order issued and Plaintiff has not provided the Court with an updated, accurate address where he may be reached.  Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **November 20, 2023** why the Magistrate Judge should not recommend that this action be dismissed pursuant to Local Rule 41-6 for Plaintiff's failure to provide a current address.  Plaintiff may discharge this Order by filing a response with a current address.

     **Plaintiff is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-11828 TJH (PVC)                                    Date:  November 6, 2023

Title         Don Martin v. City of Los Angeles, et al.

**ORDER CONTINUING SUMMARY JUDGMENT DEADLINE**

      Pursuant to the Court's Case Management and Scheduling Order, the deadline for the parties to file dispositive motions, such as a motion for summary judgment, is November 29, 2023.  (Dkt. No. 38 at 3).  However, because it is presently unclear whether Plaintiff intends to continue litigating this action, and to conserve judicial and the parties' resources, the Court *sua sponte* continues the summary judgment deadline by two months, to **January 29, 2024**.

      The Deputy Clerk is directed to serve a copy of this Order upon Plaintiff at his current address of record noted above and on counsel for Defendants.

      IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |