JS-6

1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DON MARTIN,                          Case No. CV 20-11828 TJH (PVC)

12              Plaintiff,

13       v.                              **JUDGMENT**

14  CITY OF LOS ANGELES, et al.,

15              Defendants.

16

17       Pursuant to the Court's Order Accepting Findings, Conclusions and

18  Recommendations of United States Magistrate Judge,

19

20       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without

21  prejudice.

22

23  Dated:  JANUARY 18, 2024

24                                       _____
                                         TERRY J. HATTER, JR.
25                                       UNITED STATES DISTRICT JUDGE

26

27

28